IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| EDWIN FLORES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:06cr292 |
| ) | CIVIL NO. 1:07cv1054 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Petitioner Edwin Flores's Motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED;

(2) Petitioner shall have sixty (60) days from the date of entry of this Order to file a notice of appeal; and

(3) the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all counsel of record and to Petitioner, *pro se*.

THIS ORDER IS FINAL.


May 5, 2008                        _____/s/_____
Alexandria, Virginia                    James C. Cacheris
                                UNITED STATES DISTRICT COURT JUDGE